UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MALIBU MEDIA, LLC,

                Plaintiff,

      vs.

JOHN DOE, subscriber assigned IP address
69.86.17.114,

                Defendant.
------------------------------------------------------------X

Case No. 1:19-cv-01510-NRB

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 69.86.17.114 ("Defendant"), through his counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: October 4, 2019

                Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
     Kevin T. Conway, Esq. (KC-3347)
     80 Red Schoolhouse Road
     Suite 110
     Spring Valley, NY 10977-6201
     T: (845) 352-0206
     F: (845) 352-0481
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ Kevin T. Conway, Esq.
      Kevin T. Conway, Esq.